**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1188**

———————

BARBARA DAVIS,

Plaintiff - Appellant,

versus

PEE DEE COMMUNITY ACTION AGENCY, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence. Patrick Michael Duffy, District Judge. (CA-99-2231-4-23)

———————

Submitted:  June 25, 2002          Decided:  July 10, 2002

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Barbara Davis, Appellant Pro Se.  Mark Wilson Buyck, III, WILLCOX, BUYCK & WILLIAMS, P.A., Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara Davis appeals the district court's order granting summary judgment in favor of Defendant in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Davis v. Pee Dee Community Action Agency, Inc., No. CA-99-2231-4-23 (D.S.C. Jan. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED